| | |
|---|---|
| **From:** | B H <brae04@gmail.com> |
| **Sent:** | Friday, September 29, 2023 10:51 AM |
| **To:** | WAWDdb_NewCasesTac |
| **Subject:** | Brad Erhart v. TriNet HR XI, Inc., Switchboard Technology Labs, Inc. and Hartford Life and Accident Insurance Company, Inc. |
| **Attachments:** | 2023-09-29_brad-switchboard_summons.pdf; 2023-09-29_brad-trinet_summons.pdf; 2023-09-29_brad-trinet_switchboard_hartford_complaint_cover_final.pdf; 2023-09-29_brad-trinet_switchboard_hartford_court_complaint_print.pdf; 2023-09-29_brad-hartford_summons.pdf |

**Categories:**


**CAUTION - EXTERNAL:**


Hello, please find the enclosed complaint, cover sheet and summons to be filed today on September 29, 2023.


--
**Brad Erhart**
+1 971 319 2723

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.