**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

September 29, 2023

Brad Erhart
300 SE 184TH AVE
APT 101
VANCOUVER, WA 98683

Your civil action *Erhart v. Trinet HR Xi Inc et al* was filed in the U.S. District Clerk's office at Tacoma on September 29, 2023.

Your case has been assigned Case Number **3:23–cv–05882–SKV,** and has been assigned to Judge S. Kate Vaughan, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file