Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>         Plaintiff,<br><br>    v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>         Defendants. | Case No. 3:23-cv-5882-SKV<br><br>NOTICE OF APPEARANCE<br><br>**(Clerk's Action Required)** |

TO:        CLERK OF THE COURT

AND TO:    COUNSEL OF RECORD

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Alexander A. Baehr (WSBA 25320) and Eva Sharf Oliver (WSBA 57019) of Summit Law Group, PLLC hereby appear as attorneys of record for Defendant Switchboard Technology Labs, Inc., and request that all future papers or pleadings be served upon said attorneys at the address stated below.

NOTICE OF APPEARANCE - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   DATED this 4th day of October 2023.

2                                                   SUMMIT LAW GROUP, PLLC

3                                                   By *s/ Alexander A. Baehr*
4                                                       Alexander A. Baehr, WSBA No. 25320
                                                        Eva Sharf Oliver, WSBA No. 57019
5                                                       315 Fifth Avenue S., Suite 1000
                                                        Seattle, WA  98104
6                                                       Telephone: (206) 676-7000
                                                        Email: alexb@summitlaw.com
7                                                       evao@summitlaw.com

8                                                   *Attorneys for Defendant Switchboard Technology Labs, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

>Brad Erhart (Plaintiff *Pro Se*)
>300 SE 184th Avenue, Apartment 101
>Vancouver, WA 98683
>Email:  complaint@leo.spacejunk.dev; brae04@gmail.com; china_nanomaterial@leo.spacejunk.dev

DATED THIS 4th day of October 2023.

>*s/ Karen M. Lang*
>Karen M. Lang, Legal Assistant
>karenl@summitlaw.com

NOTICE OF APPEARANCE - 3