Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>    Defendants. | Case No. 3:23-cv-5882-SKV<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.** |

Defendant Switchboard Technology Labs, Inc., by and through its undersigned counsel of record, and pursuant to the Local Civil Rule 7.1 of the Western District of Washington states that there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

DATED this 5th day of October 2023.

    SUMMIT LAW GROUP, PLLC

    By *s/ Alexander A. Baehr*
        Alexander A. Baehr, WSBA No. 25320
        *alexb@summitlaw.com*
        315 Fifth Avenue S., Suite 1000
        Seattle, WA  98104
        (206) 676-7000

    *Attorneys for Switchboard Technology Labs, Inc.*

CORPORATE DISCLOSURE STATEMENT - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

> Brad Erhart (Plaintiff *Pro Se*)
> 300 SE 184th Avenue, Apartment 101
> Vancouver, WA 98683
> Email: brae04@gmail.com;
> china_nanomaterial@leo.spacejunk.dev

DATED THIS 5th day of October 2023.

*s/ Karen M. Lang*
Karen M. Lang, Legal Assistant
karenl@summitlaw.com

CORPORATE DISCLOSURE STATEMENT - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001