THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>　　　　　　Defendants | Case No. 3:23-cv-05882-SKV<br><br>NOTICE OF APPEARANCE |

TO:　　　　BRAD ERHART, Plaintiff

AND TO:　　CLERK OF COURT

PLEASE TAKE NOTICE that defendant Hartford Life and Accident Insurance Company hereby appears by the undersigned attorneys, Sarah E. Swale, of Jensen Morse Baker PLLC, without waiving any of its affirmative defenses, and hereby requests that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said defendant at the offices below stated.

///

///

///

///

NOTICE OF APPEARANCE - 1
Case No. 3:23-cv-05882-SKV

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

DATED: October 10, 2023

                                JENSEN MORSE BAKER PLLC

                                By *s/ Sarah E. Swale*
                                    Sarah E. Swale, WSBA No. 29626
                                    sarah.swale@jmblawyers.com

                              Attorneys for Defendant Hartford Life and Accident Insurance Company

NOTICE OF APPEARANCE - 2
Case No. 3:23-cv-05882-SKV

**JENSEN MORSE BAKER PLLC**
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
PHONE: 206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on October 10, 2023, the document attached hereto was delivered to the below counsel in the manner indicated.

*Plaintiff*

Brad Erhart
300 SE 184th Avenue; Apt 101
Vancouver, WA  98683
complaint@leo.spacejunk.dev
china_nanomaterial@leo.spacejunk.dev

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

*Counsel for Defendant Switchboard Technology Labs Inc.*

Alexander A. Baehr, WSBA No. 25320
Eva Sharf Oliver, WSBA No. 57019
Summit Law Group
315 5th Avenue S; Suite 1000
Seattle, WA  98104
alexb@summitlaw.com
evao@summitlaw.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

DATED: October 10, 2023

By *s/ Sarah E. Swale*
Sarah E. Swale

CERTIFICATE OF SERVICE - 3
Case No. 3:23-cv-05882-SKV

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE:  206.682.1550