THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRAD ERHART,

    Plaintiff,

v.

TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,

    Defendants

Case No. 3:23-cv-05882-SKV

DEFENDANT HLAIC'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant Hartford Life and Accident Insurance Company provides the following corporate disclosure statement:

    Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford Holdings, Inc. Hartford Holdings, Inc. is a wholly owned subsidiary of The Hartford Financial Services Group, Inc. (NYSE: HIG). No publicly held corporation currently owns 10% or more of HIG common stock.

    DATED: October 10, 2023

JENSEN MORSE BAKER PLLC

By *s/ Sarah E. Swale*
    Sarah E. Swale, WSBA No. 29626
    sarah.swale@jmblawyers.com
Attorneys for Defendant Hartford Life and Accident Insurance Company

CORPORATE DISCLOSURE - 1
Case No. 3:23-cv-05882-SKV

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on October 10, 2023, the document attached hereto was delivered to the below counsel in the manner indicated.

*Plaintiff*

Brad Erhart
300 SE 184th Avenue; Apt 101
Vancouver, WA  98683
complaint@leo.spacejunk.dev
china_nanomaterial@leo.spacejunk.dev

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

*Counsel for Defendant Switchboard Technology Labs Inc.*

Alexander A. Baehr, WSBA No. 25320
Eva Sharf Oliver, WSBA No. 57019
Summit Law Group
315 5th Avenue S; Suite 1000
Seattle, WA  98104
alexb@summitlaw.com
evao@summitlaw.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

DATED: October 10, 2023

By *s/ Sarah E. Swale*
Sarah E. Swale

CERTIFICATE OF SERVICE - 2
Case No. 3:23-cv-05882-SKV

**JENSEN MORSE BAKER PLLC**
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
PHONE:  206.682.1550