Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>    Plaintiff,<br><br>    v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>    Defendants. | Case No. 3:23-cv-5882-SKV<br><br>NOTICE OF APPEARANCE<br><br>**(Clerk's Action Required)** |

TO:        CLERK OF THE COURT

AND TO:   COUNSEL OF RECORD

      YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Eva Sharf Oliver (WSBA 57019) of Summit Law Group, PLLC hereby joins Alexander A. Baehr as an attorney of record for Defendant Switchboard Technology Labs, Inc., and requests that all future papers or pleadings be served upon her at the address stated below.

NOTICE OF APPEARANCE - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  DATED this 11th day of October 2023.

2                                    SUMMIT LAW GROUP, PLLC

3                                    By *s/ Eva Sharf Oliver*
4                                        Eva Sharf Oliver, WSBA No. 57019
                                         Alexander A. Baehr, WSBA No. 25320
5                                        315 Fifth Avenue S., Suite 1000
                                         Seattle, WA  98104
6                                        Telephone: (206) 676-7000
                                         Email: evao@summitlaw.com
7                                        alexb@summitlaw.com

8                                    *Attorneys for Defendant Switchboard Technology Labs, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

> Brad Erhart, Plaintiff Pro Se
> 300 SE 184th Avenue, Apartment 101
> Vancouver, WA 98683
> Email:  china_nanomaterial@leo.spacejunk.dev
>
> Sarah E Swale
> JENSEN MORSE BAKER PLLC
> 1809 Seventh Avenue, Suite 410
> Seattle, WA 98101
> Email: sarah.swale@jmblawyers.com
>
> **Attorneys for Defendant Hartford Life and Accident Ins. Co., Inc.**

DATED THIS 11th day of October 2023.

*s/Karen  M.  Lang*
Karen M. Lang, Legal Assistant
karenl@summitlaw.com

NOTICE OF APPEARANCE - 3

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001