THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD ERHART,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC. and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>　　　　　　Defendants. | NO: 3:23-cv-05882 SKV<br><br>**NOTICE OF APPEARANCE**<br><br>(Clerk's Action Required) |

TO:　　　　Clerk of the Court;

AND TO:　　Plaintiff's Counsel of Record

PLEASE TAKE NOTICE that the undersigned attorneys, Catharine M. Morisset and Jeremy F. Wood of Fisher & Phillips LLP, hereby enters their appearance in the above-entitled action, as counsel for Defendant Trinet HR Xi, Inc., and requests that the service of all pleadings, except original process, be served on the undersigned attorneys for said Defendant at the address stated below.

//

//

//

//

NOTICE OF APPEARANCE
(3:23-cv-05882) - Page 1

FP 47054818.1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

1 | DATED this 13th day of October 2023.

2 | FISHER & PHILLIPS LLP

3 | By: */s/ Catharine M. Morisset*
4 | Catharine M. Morisset, WSBA #29682
cmorisset@fisherphillips.com

6 | FISHER & PHILLIPS LLP

8 | By: */s/ Jeremy F. Wood*
Jeremy F. Wood, WSBA # 51803
dpetitta@fisherphillips.com

10 | 1700 7th Avenue, Suite 2200
11 | Seattle, WA 98101
Telephone: (206) 682-2308
12 | *Attorneys for Defendant*

NOTICE OF APPEARANCE
(3:23-cv-05882) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 47054818.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brad Erhart, Pro Se
300 SE 184th Ave., Apt. 101
Vancouver, WA 98683
Telephone: (971) 319-2723
Email: complaint@leo.spacejunk.dev

Executed on October 13, 2023, in accordance with 28 USC 1746.

_Jazmine Matautia_
Jazmine Matautia, Legal Assistant

NOTICE OF APPEARANCE
(3:23-cv-05882) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 47054818.1