UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRAD ERHART, | |
|---|---|
| Plaintiff(s), | CASE NO. 3:23−cv−05882−TMC |
| v. | |
| TRINET HR XI INC et al., | MINUTE ORDER REASSIGNING CASE |
| Defendant(s). | |

This action has been assigned to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents filed in this case must bear the cause number 3:23−cv−05882−TMC and bear the Judge's name in the upper right hand corner of the document.

DATED October 19, 2023

                                      Ravi Subramanian
                                      Clerk of Court

                                      By: /s/ Stefanie Prather
                                            Deputy Clerk