HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>             Plaintiff,<br><br>     v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>             Defendants. | Case No. 3:23-cv-5882-TMC<br><br>**[Proposed] ORDER GRANTING DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>*(Clerk's Action Required)* |

Before the Court is Defendant Switchboard Technology Labs, Inc.'s ("Switchboard's") motion to compel arbitration of Plaintiff Brad Erhart's claims against Switchboard. Having considered the record, the Court GRANTS Switchboard's motion to compel arbitration. Switchboard is hereby DISMISSED from this action.

IT IS SO ORDERED THIS ____ day of _____, 202___.

_____
The Honorable Tiffany M. Cartwright
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.'S MOTION TO COMPEL ARBITRATION - 1

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Presented by:

2  SUMMIT LAW GROUP, PLLC

   *Attorneys for Defendant Switchboard*
3  *Technology Labs, Inc.*

4
   By *s/ Eva Sharf Oliver*
5      Alexander A. Baehr, WSBA #25320
       Eva Sharf Oliver, WSBA #57019
6      alexb@summitlaw.com
       evao@summitlaw.com
7      315 Fifth Avenue S., Suite 1000
       Seattle, WA  98104
8      (206) 676-7000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.'S MOTION TO COMPEL ARBITRATION - 2

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001