HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRAD ERHART,

    Plaintiff,

v.

TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,

    Defendants.

Case No. 3:23-cv-5882-TMC

**NOTICE OF MOTION RENOTED**

**Renote on Motion Calendar:
Friday, January 12, 2024**

On December 1, 2023, Defendant Switchboard Technology Labs, Inc., ("Switchboard") filed its Motion to Compel Arbitration (Dkt. #17), noting the motion for December 29, 2023. A response to the Motion has not yet been filed, and Plaintiff has requested additional time to respond. Pursuant to LCR7(l), Switchboard hereby renotes the Motion to Compel Arbitration for January 12, 2024.

DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.'S NOTICE OF MOTION RENOTED - 1
Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   DATED this 21st day of December 2023.

2                                                          Respectfully submitted,

3                                                          SUMMIT LAW GROUP, PLLC

4                                                          By *s/ Eva Sharf Oliver*
                                                               Alexander A. Baehr, WSBA No. 25320
5                                                              Eva Sharf Oliver, WSBA No. 57019
                                                               315 Fifth Avenue S., Suite 1000
6                                                              Seattle, WA  98104
                                                               Telephone: (206) 676-7000
7                                                              Email: alexb@summitlaw.com
                                                               Email: evao@summitlaw.com
8

9                                                              *Attorneys for Defendant Switchboard
10                                                             Technology Labs, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT SWITCHBOARD TECHNOLOGY LABS,
INC.'S NOTICE OF MOTION RENOTED - 2

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

*Plaintiff Pro Se*

Brad Erhart
300 SE 184th Avenue, Apartment 101
Vancouver, WA 98683
Email: china_nanomaterial@leo.spacejunk.dev

*Attorneys for Defendant Hartford Life and Accident Ins. Co., Inc.*

Sarah E Swale
JENSEN MORSE BAKER PLLC
1809 7th Avenue, Suite 410
Seattle, WA 98101
Email: sarah.swale@jmblawyers.com

*Attorneys for Defendant Trinet HR Xi, Inc.*

Catharine M. Morisset
Jeremy F. Wood
FISHER & PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Email: cmorisset@fisherphillips.com
jwood@fisherphillips.com

DATED THIS 21st day of December 2023.

    *s/ Karen M. Lang*
    Karen M. Lang, Legal Assistant
    karenl@summitlaw.com

DEFENDANT SWITCHBOARD TECHNOLOGY LABS, INC.'S NOTICE OF MOTION RENOTED - 3
Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001