THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD ERHART,<br><br>        Plaintiff,<br><br>v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC. and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>        Defendants. | NO: 3:23-cv-05882 SKV<br><br>**CORPORATE DISCLOSURE STATEMENT OF TRINET HR XI, INC.** |

Defendant TriNet HR XI, Inc. ("Defendant"), by and through its undersigned counsel of record and pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, respectfully states as follows:

TriNet HR XI, Inc. is a wholly owned subsidiary of TriNet Group. No publicly held corporation owns 10% or more of TriNet Group's stock.

DATED this 11th day of January 2024.

FISHER & PHILLIPS LLP

By: */s/ Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
Jeremy F. Wood, WSBA # 51803
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-2308
cmorisset@fisherphillips.com
jwood@fisherphillips.com
*Attorneys for Defendant*

CORPORATE DISCLOSURE STATEMENT (3:23-cv-05882) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49276702.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brad Erhart, Pro Se
300 SE 184th Ave., Apt. 101
Vancouver, WA 98683
Telephone: (971) 319-2723
Email: complaint@leo.spacejunk.dev

Executed on January 11, 2024, in accordance with 28 USC 1746.

*Jazmine Matautia*

Jazmine Matautia, Legal Assistant

CORPORATE DISCLOSURE STATEMENT
(3:23-cv-05882) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 49276702.1