HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>                    Plaintiff,<br><br>  v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC. AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>                    Defendants. | Case No. 3:23-cv-05882-TMC<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO SWITCHBOARD TECHNOLOGY LABS INC.'S REPLY FILED ON JANUARY 12, 2024**<br><br>NOTED ON MOTION CALENDAR:<br><br>Friday, February 9, 2024 |

Pursuant to LCR 7(d)(3), Brad Erhart, the pro se Plaintiff in this matter, respectfully moves for leave of the Court to file a surreply to Defendant Switchboard Technology Labs, Inc's Reply filed on January 12, 2024. The Defendant Switchboard Technology Labs Inc. ("Switchboard") filed a Motion to Compel Arbitration on December 1, 2023; my Brief in

PLAINTIFF'S MOTION FOR LEAVE TO FILE A    Brad Erhart
SURREPLY IN RESP. TO SWITCHBOARD TECH.    300 SE 184th Ave Apt 101
LAB, INC'S REPLY FILED ON JAN. 12, 2024  - 1    Vancouver, WA 98683
    971-319-2723

Opposition was submitted on January 8, 2024; Switchboard filed a Reply on January 12, 2024; and Switchboard later filed a Praecipe for their Motion and Reply on January 16, 2024.

Switchboard makes several new arguments and allegations in their Reply, and relies on cases that were not previously raised in their Motion to Compel. I seek a fair opportunity to respond. Accordingly, I request that the Court accept a brief Surreply for this purpose to be filed no later than February 12, 2024 and not to exceed 4,200 words, and any additional reply by Switchboard to be filed no later than February 16, 2024.

I certify that this motion contains 279 words, in compliance with the Local Civil Rules.

DATED this 19th day of January, 2024.

Respectfully submitted,

By: /s/ Brad Erhart
Brad Erhart
300 SE 184th Ave Apt 101
Vancouver, WA 98683
971-319-2723
complaint@leo.spacejunk.dev
Pro Se Plaintiff

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESP. TO SWITCHBOARD TECH. LAB, INC'S REPLY FILED ON JAN. 12, 2024 - 2

Brad Erhart
300 SE 184th Ave Apt 101
Vancouver, WA 98683
971-319-2723