HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>                      Plaintiff,<br><br>v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC. AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>                      Defendants. | Case No. 3:23-cv-05882-TMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO SWITCHBOARD TECHNOLOGY LABS INC.'S REPLY FILED ON JANUARY 12, 2024** |

     Before the Court is a motion by Plaintiff, Brad Erhart, requesting leave of the court to file a surreply to Switchboard's reply filed on January 12, 2024. Having considered the record, the Court GRANTS Brad Erhart's motion for leave to file a surreply. The surreply must be filed no later than February 12, 2024. Any additional reply by Switchboard must be filed no later than February 16, 2024.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESP. TO SWITCHBOARD'S REPLY FILED ON JAN. 12, 2024  - 1

Brad Erhart
300 SE 184th Ave Apt 101
Vancouver, WA 98683
971-319-2723

  IT IS SO ORDERED THIS \_\_\_\_ day of _____, 202\_\_.

_____
The Honorable Tiffany M. Cartwright
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Brad Erhart
*Pro Se Plaintiff*

By: /s/ Brad Erhart
Brad Erhart
300 SE 184th Ave Apt 101
Vancouver, WA 98683
971-319-2723
complaint@leo.spacejunk.dev
Pro Se Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN RESP. TO SWITCHBOARD'S REPLY FILED ON JAN. 12, 2024  - 2

Brad Erhart
300 SE 184th Ave Apt 101
Vancouver, WA 98683
971-319-2723