HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>　　　　Defendants. | Case No. 3:23-cv-5882 TMC<br><br>**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**<br><br>NOTED ON MOTION CALENDAR:<br><br>Friday, February 9, 2024 |

On January 19, 2024, Plaintiff filed a motion for leave to file a surreply to Defendant Switchboard's reply in support of its motion to compel arbitration (filed on January 12, 2024, at Docket 25). Switchboard respectfully asks the Court to deny leave for two reasons.

First, Plaintiff's request is procedurally improper. Pursuant to Local Civil Rule 7(g), Plaintiff was required to file a notice of intent as soon as practicable after receiving the reply and was required to file the surreply itself (not to exceed 1,050 words) within five days of the filing of the reply brief. Plaintiff instead filed this motion without attaching a surreply. Plaintiff also requests that he be allowed to file a 4,200-word brief on February 12, 2024, far exceeding the word limit and deadline set forth in the local rules. LCR 7(g)(2) ("The surreply must be filed

RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY - 1

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

within five days of the filing of the reply brief[.]"); LCR 7(g)(3) ("The surreply shall not exceed 1,050 words or, if written by hand or typewriter, three pages."). Plaintiff's proposed schedule would cause significant delay and violates the Local Rules.

Second, Plaintiff has not shown that a surreply is warranted. Switchboard's reply directly responds to arguments Plaintiff raised in opposition to Switchboard's motion to compel. *Charter Oak Fire Ins. Co. v. Chas. H. Beresford Co.*, 575 F. Supp. 3d 1313, 1318 (W.D. Wash. 2021) ("In any event, Travelers' arguments on Reply are not new arguments and simply respond to Beresford's arguments in the Response brief.") And a party "is entitled to cite to new cases in response to arguments raised in [a] Response brief." *Id.* Switchboard did not introduce new evidence or raise new arguments. *See* Dkt. 17 (Motion); Dkt. 21 (Response); Dkt. 25 (Reply). Plaintiff has therefore had a fair opportunity to address Switchboard's motion to compel, and the Court should deny Plaintiff's request for more briefing under the circumstances.

DATED this 23rd day of January 2024.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC

I certify that this memorandum contains 313 words, in compliance with the Local Civil Rules.

By *s/ Eva Sharf Oliver*
Alexander A. Baehr, WSBA No. 25320
Eva Sharf Oliver, WSBA No. 57019
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
evao@summitlaw.com

*Attorneys for Defendant Switchboard Technology Labs, Inc.*

RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY - 2
Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the USDC, Western District of Washington, using the CM/ECF system which will send notification of such filing to the following:

*Plaintiff Pro Se*

Brad Erhart
300 SE 184th Avenue, Apartment 101
Vancouver, WA 98683
Email:  china_nanomaterial@leo.spacejunk.dev

*Attorneys for Defendant Hartford Life and Accident Ins. Co., Inc.*

Sarah E Swale
JENSEN MORSE BAKER PLLC
1809 7th Avenue, Suite 410
Seattle, WA 98101
Email: sarah.swale@jmblawyers.com

*Attorneys for Defendant Trinet HR Xi, Inc.*

Catharine M. Morisset
Jeremy F. Wood
FISHER & PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Email:  cmorisset@fisherphillips.com
jwood@fisherphillips.com

DATED THIS 23rd day of January 2024.

*s/  Karen  M.  Lang*
Karen M. Lang, Legal Assistant
karenl@summitlaw.com

RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY - 3
Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001