HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>       Plaintiff,<br><br>       v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC., AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>       Defendants. | Case No. 3:23-cv-5882-TMC<br><br>**[Proposed] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY** |

Before the Court is Plaintiff Brad Erhart's motion for leave to file a surreply to Defendant Switchboard Technology Labs, Inc's reply in support of its motion to compel arbitration ("Motion"). Having considered the record, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED ____ day of _____, 2024

_____
The Honorable Tiffany M. Cartwright
UNITED STATES DISTRICT COURT JUDGE

[Proposed] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY - 1

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2  Presented by:

   SUMMIT LAW GROUP, PLLC
3  *Attorneys for Defendant Switchboard Technology Labs, Inc.*
4
5  By *s/ Eva Sharf Oliver*
       Alexander A. Baehr, WSBA #25320
6      Eva Sharf Oliver, WSBA #57019
       alexb@summitlaw.com
7      evao@summitlaw.com
       315 Fifth Avenue S., Suite 1000
8      Seattle, WA  98104
9      (206) 676-7000

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[Proposed] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY - 2

Case No. 3:23-cv-5882-TMC

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001