THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD ERHART,<br><br>          Plaintiff,<br><br>     v.<br><br>TRINET HR XI, INC., SWITCHBOARD TECHNOLOGY LABS, INC, AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, INC.,<br><br>          Defendants | Case No. 3:23-cv-05882-TMC<br><br>NOTICE OF CHANGE OF ADDRESS<br><br>*[CLERK'S ACTION REQUIRED]* |

TO:          The Clerk of the Court

AND TO:   All parties and their counsel of record

Gabriel Baker, counsel for Defendant Hartford Life and Accident Insurance Company, hereby gives notice to the Court and the parties of his change of address. All future papers, pleadings, and correspondence should be directed to his at the new address below:

Gabriel Baker
Jensen Morse Baker PLLC
520 Pike Street; Suite 2375
Seattle, WA  98101
Gabe.baker@jmblawyers.com
(206) 682-1550

This Notice of Change of Address will be effective February 1, 2024 and without further notice.

NOTICE OF CHANGE OF ADDRESS - 1
Case No. 23:23-cv-05882-TMC

**JENSEN MORSE BAKER PLLC**
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
PHONE: 206.682.1550

DATED: January 24, 2024

JENSEN MORSE BAKER PLLC

By *s/ Sarah E. Swale*
   Sarah E. Swale, WSBA No. 29626
   sarah.swale@jmblawyers.com

By *s/ Gabriel Baker*
   Gabriel Baker, WSBA No. 28473
   gabe.baker@jmblawyers.com
Attorneys for Defendant Hartford Life and Accident Insurance Company

NOTICE OF CHANGE OF ADDRESS - 2
Case No. 23:23-cv-05882-TMC

**JENSEN MORSE BAKER PLLC**
1809 S EVENTH A VENUE , S UITE 410
S EATTLE , WA 98101
PHONE: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on January 24, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

*Plaintiff*

Brad Erhart
300 SE 184th Avenue; Apt 101
Vancouver, WA  98683
complaint@leo.spacejunk.dev
china_nanomaterial@leo.spacejunk.dev

☒ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

*Counsel for Defendant Switchboard Technology Labs Inc.*

Alexander A. Baehr, WSBA No. 25320
Eva Sharf Oliver, WSBA No. 57019
Summit Law Group
315 5th Avenue S; Suite 1000
Seattle, WA  98104
alexb@summitlaw.com
evao@summitlaw.com

☒ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

*Counsel for Defendant Trinet HR Xi Inc.*

Catharine M. Morisset, WSBA No. 29682
Jeremy F. Wood, WSBA No. 51803
Fisher & Phillips LLP
1700 Seventh Ave., Suite 2200
Seattle, WA  98101
cmorisset@fisherphillips.com
jwood@fisherphillips.com

☒ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

DATED: January 24, 2024

By *s/ Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

CERTIFICATE OF SERVICE - 3
Case No. 2:23-cv-05882-TMC

**JENSEN MORSE BAKER PLLC**
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE:  206.682.1550