## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Angela Nicolavo     Judicial Officer: Tiffany M. Cartwright

Case No. 3:23-cv-05882-TMC     Case Name: Erhart v. Trinet HR Xi Inc et al

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 02/08/2024 | Motion Hearing | |
| | | |
| | | |
| | | |

**For Appeal?** ✔ No    ☐ Yes    Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $4.00 | $1.00 | $ .70 | 02/12/2024 |
| ☐ 14-Day Transcript (14 day) | $4.70 | $1.00 | $ .70 | |
| ☐ Expedited Transcript (7 day) | $5.35 | $1.00 | $ .70 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored <u>when possible</u>.*** |
| ✔ 3-Day Transcript (3 day) | $6.00 | $1.20 | $ .85 | |
| ☐ Daily Transcript (next morning) | $6.70 | $1.35 | $1.00 | |
| ☐ Hourly Transcript (same day) | $8.00 | $1.35 | $1.00 | |
| ☐ Realtime Transcript | $3.40 | ------- | ------- | |

✔ PDF (default delivery format)

Email address for delivery of PDF transcript: china_nanomaterial@leo.spacejunk.dev

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Brad Erhart |
| Phone: | 971-319-2723    Email: china_nanomaterial@leo.spacejunk.dev |
| Firm: | |
| Street Address: | 300 SE 184th Ave Apt 101 |
| City/State/Zip: | Vancouver, WA 98683 |
| Billing Reference # (if applicable): | |

*Brad Erhart*                          02/09/2024
**Signature**                                     **Date**

[ PRINT ]        [ SAVE AS ]        [ RESET ]